**SILVER & FREEDMAN**
**A PROFESSIONAL LAW CORPORATION**
**LANE E. BENDER, CSB 176057**
**2029 Century Park East, 19th Floor**
**Los Angeles, California 90067-3005**
**Telephone: 310.282.9400**
**Facsimile: 310.282.2500**
**Email: lbender@silverfreedman.com**

Attorneys for Plaintiff
MR. WIZARD STUDIOS, INC.

**FILED**

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
11 APR -8 PM 4: 17
BY:

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MR. WIZARD STUDIOS, INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> GOTHAM DISTRIBUTING CORPORATION, a Pennsylvania corporation, doing business as ALPHA VIDEO DISTRIBUTORS, ALPHA VIDEO and OLDIES.COM; ALPHA VIDEO AND DISTRIBUTING CO., INC., a Pennsylvania corporation, <br><br> Defendants. | CASE NO.: <br> **CV11-03002** SJO (JCGx) <br><br> COMPLAINT FOR DAMAGES AND OTHER RELIEF FOR: <br><br> 1. TRADEMARK INFRINGEMENT; <br> 2. FALSE DESIGNATION OF ORIGIN; <br> 3. MISAPPROPRIATION OF NAME OR LIKENESS (CAL. CIV. CODE §3344.1); <br> 4. UNFAIR COMPETITION (COMMON LAW AND CAL. BUS. & PROF. CODE §17200 ET SEQ.); AND <br><br> DEMAND FOR JURY TRIAL |

COMES NOW Plaintiff, MR. WIZARD STUDIOS, INC., a California corporation (hereafter "MR. WIZARD" or "Plaintiff") who demands trial by jury in this matter and complains and alleges as follows:

S&F00644148 v1 / 12436-500

1

COMPLAINT

## JURISDICTION & VENUE

1.      This Court has subject matter jurisdiction over this action by virtue of federal question jurisdiction (15 U.S.C. §1121, 28 U.S.C §§ 1331, 1332, 1338, 1367) and supplemental jurisdiction (28 U.S.C. §1367).

2.      Venue is proper in the District because Defendants do business in this District and in California and because some of the wrongful conduct that is the subject matter of this Complaint occurred in this District.

## PARTIES

3.      Plaintiff is a corporation organized and existing under and by virtue of the laws of the State of California, that at all relevant times alleged herein maintained its principal place of doing business in this District at 188 Dapplegray Road, Bell Canyon, California 91307.

4.      Plaintiff is informed and believes that Defendant GOTHAM DISTRIBUTING CORPORATION ("GOTHAM") is a corporation organized and existing under and by virtue of the laws of the State of Pennsylvania.  As alleged herein, Plaintiff is informed and believes that GOTHAM does business in its own name and also under the fictitious names of ALPHA VIDEO DISTRIBUTORS, ALPHA VIDEO and OLDIES.COM.  GOTHAM's principal place of business is located at 60 Portland Road, Conshohocken, Pennsylvania 19428.  Plaintiff is informed and believes that, although it is not qualified by the Secretary of the State of California to do business in California, GOTHAM does business in California and in this District.

5.      Plaintiff is informed and believes that Defendant ALPHA VIDEO AND DISTRIBUTING CO., INC. ("ALPHA VIDEO") is a corporation organized and existing under and by virtue of the laws of the State of Pennsylvania.  ALPHA VIDEO's principal place of business is located at 60 Portland Road, Conshohocken, Pennsylvania 19428.  Plaintiff is informed and believes that, although it is not

1   qualified by the Secretary of the State of California to do business in California,

2   ALPHA VIDEO does business in California and in this District.

3   ## OTHER PRELIMINARY ALLEGATIONS

4       6.    Plaintiff is informed and believes that, at all times herein mentioned,

5   each of the Defendants was the agent, employee, servant and/or joint venturer of

6   each remaining Defendant and, in doing the things alleged herein, was acting within

7   the course and scope of such agency, employment, servitude and/or joint venture.

8       7.    Plaintiff pleads all of the inconsistent allegations, and prays for all

9   inconsistent remedies in this Complaint, in the alternative to each other,

10   respectively, without electing legal theories and/or remedies.

11       8.    Plaintiff hereby demands a jury trial for all claims for which a jury trial

12   is available.

13   ## DON HERBERT - "MR. WIZARD"

14       9.    Donald Jeffrey Herbert—better known as Mr. Wizard—started it all

15   back in 1950 when he developed an idea for a children's science television series

16   based on science demonstrations.  Don Herbert conceived, wrote, produced and

17   starred in the famous *Watch Mr. Wizard* television shows.  On March 3, 1951,

18   *Watch Mr. Wizard* debuted nationally on NBC, with Herbert starring as Mr. Wizard.

19   *Watch Mr. Wizard* was a weekly half-hour television program that explained the

20   science behind ordinary things.  Every Saturday morning, a neighbor boy or girl

21   would come to visit Mr. Wizard and perform simple experiments that used

22   household items. The series explored about 400 science topics from archaeology to

23   zoology.

24       10.    *Watch Mr. Wizard* was a hit: By 1954, it aired on 91 stations. In 1952,

25   *Mr. Wizard's Science Secrets* was published by *Popular Mechanics*; Mr. Wizard

26   Science Clubs were established throughout North America, numbering 50,000 by

27   1965; and a *Billboard* survey of television stations hailed *Watch Mr. Wizard* as "the

28   leader in popularity of educational films." Herbert received a Peabody Award for his

1  work in 1953, and the National Science Foundation (NSF) and the American
2  Chemical Society praised the show for increasing interest in science.
3  A book entitled *Mr. Wizard's Experiments for Young Scientists* was published in
4  1959. The following year, Herbert developed Mr. Wizard Science Kits involving
5  chemistry, ecology, crystals, and hydroponics.
6      11.    *Watch Mr. Wizard* went off the air in 1965, but its cancellation did not
7  deter Herbert from his work in science education. That year, Herbert co-wrote and
8  illustrated 10 articles in *Instructor* magazine's series Science for the Classroom
9  From Mr. Wizard. The following year, Herbert produced the Science 20 film series
10 in which students record data while watching films. He also served as a consultant
11 and on-camera presenter on the CBS *National Science Test*. Another book, *Mr.*
12 *Wizard's 400 Experiments in Science*, was published in 1967. In 1968, Herbert
13 produced 10 20-minute classroom films in the *Science 20* series and nine classroom
14 films of various lengths. He exhibited these films at an NSTA conference. In 1969,
15 the Mr. Wizard Science Center opened in a Boston suburb. Herbert also wrote and
16 acted in four 90-second commercials explaining electricity on The GE Theater.
17     12.    Herbert continued his science education and acting careers throughout
18 the 1970s. Mr. Wizard aired on NBC from 1971 to 1972 as *Mr. Wizard Close Ups*.
19 Don Herbert, as Mr. Wizard, was nominated for Outstanding Individual
20 Achievement in Children's Programming by the National Academy of Television
21 Arts and Sciences in 1977. The National Science Foundation awarded him a grant
22 to produce 293 syndicated news reports in the "*How About* " series, which aired
23 nationally for ten (10) years.
24     13.    In 1979 Herbert, in conjunction with Educational Consultants of
25 America, began presenting live performances by Mr. Wizard's assistants to
26 elementary schools. The same year, another book, *Mr. Wizard's Supermarket*
27 *Science*, was published. NSTA and the Children's Book Council included the book
28 in their 1980 roundup of Outstanding Science Trade Books for Children.

14.     Starting in 1983 *Mr. Wizard's World*, a faster-paced version of *Watch Mr. Wizard*, aired three times a week on the cable channel Nickelodeon. The show produced 78 episodes until 1990, when it continued to be broadcast as reruns. This new incarnation also had an *Ask Mr. Wizard* segment in which Mr. Wizard answered questions sent in by viewers.  Episodes of *Watch Mr. Wizard* were re-broadcast in 2005 on the digital cable channel The Science Channel.

15.     In 1994, Herbert developed another new series of 15-minute spots called *Teacher to Teacher With Mr. Wizard*. This NSF-sponsored series, which highlighted individual elementary science teachers and their projects, aired on Nickelodeon.  When he wasn't appearing on his own programs Herbert, as Mr. Wizard, was a frequent and popular guest on such shows as *The Tonight Show With Johnny Carson*, *Late Night With David Letterman*, and *The Hollywood Squares*, to name a few.

16.     During his career, Herbert earned many awards in addition to the Peabody Award for his work on *Watch Mr. Wizard*. He was honored with three Thomas Alva Edison National Mass Media Awards; a Golden Anniversary Award from Ohio State University as an "outstanding individual who has made a significant contribution to broadcasting and whose activity represents the highest order of work which has allowed broadcasting to educate, inform, and culturally enrich audiences" (1985); and an American Association for the Advancement of Science/Westinghouse Science Journalism Award for Distinguished Television Science Reporting (1986). In 1991, the American Association of Physics Teachers presented Herbert with its Robert A. Millikan Award for his "notable and creative contributions to the teaching of physics" through his Mr. Wizard shows.

17.     Don Herbert's television series paved the way for other scientists/science educators to bring the subject to the airwaves.  One such person is Steven "Jake" Jacobs, educator, scientist, author, and host of *Jake's Attic*, a science

1  series that aired on Fox television.  Jacobs served as science consultant for *Mr.*
2  *Wizard's World.*

3      18.    Don Herbert passed away on June 12, 2007.  His successor-in-interest
4  is Plaintiff, Mr. Wizard Studios, Inc.  Among other things, Plaintiff sells copies of
5  the *Watch Mr. Wizard* television shows to the public and others, both directly from
6  its corporate offices, through distributors and also over the internet from its website,
7  www.mrwizardstudios.com.  An illustrative copy of the packaging, design and
8  display of the Mr. Wizard word mark and stylized logo and the name and likeness of
9  Don Herbert as they appear on products sold by Plaintiff is attached hereto as
10  Exhibit "1".

## **FIRST CLAIM FOR RELIEF**
## **TRADEMARK INFRINGEMENT (15 U.S.C. § 1114)**
### (Against All Defendants)

14      19.    Plaintiff realleges and incorporates by reference the allegations set forth
15  in Paragraphs 1 through 18 of this Complaint, *supra*, as though fully set forth in this
16  place.

17      20.    The Mr. Wizard word mark and stylized logo (hereafter "Marks") are
18  valid, protectable marks.  Having their first use and first use in commerce as of
19  March 3, 1951, the Marks are registered with the United States Patent and
20  Trademark Office ("USPTO"). U.S. Registration No. 0976834.  Plaintiff owns the
21  Marks.

22      21.    As alleged herein, Defendants used the Marks without the consent of
23  Plaintiff in a manner that is likely to cause confusion among ordinary consumers as
24  to the source, sponsorship, affiliation, or approval of the goods.

25      22.    Defendants have used the Marks, as well as the name, likeness and
26  image of Don Herbert, and have sold copies of the *Watch Mr. Wizard* television
27  show via the internet, through distributors and at retail outlets.  Attached hereto as
28  Exhibit "2" is a true and accurate copy of the packaging, design and display of the

Marks and the name and likeness of Don Herbert as they appear on a product being sold by Defendants.

23.     As a direct and proximate result of Defendants' wrongful conduct, Plaintiff has suffered actual damages in an amount according to proof at trial.  In addition, Defendants have improperly profited by means of engaging in the aforementioned wrongdoing.  In addition to the other remedies prayed for herein, Plaintiff seeks an accounting of Defendants' profits in this regard.  Plaintiff seeks an award of its actual damages and an award of Defendants' profits, pursuant to 15 U.S.C. §1117(a).  Plaintiff is informed and believes and thereon alleges that Defendants' infringement was intentional, within the meaning of 15 U.S.C. §1117(b).  The intentional nature of Defendants' acts makes this an exceptional case under 15 U.S.C. § 1117(a).

24.     Plaintiff has been, is now, and will continue to be irreparably harmed by Defendants' aforementioned acts of infringement, and unless enjoined or otherwise restrained by the Court, Defendants will continue to infringe upon the Marks.

## SECOND CLAIM FOR RELIEF
## FALSE DESIGNATION OF ORIGIN (15 U.S.C. §1125(A))
### (Against All Defendants)

25.     Plaintiff realleges and incorporates by reference the allegations set forth in Paragraphs 1 through 24 of this Complaint, *supra*, as though fully set forth in this place.

26.     As alleged herein, Defendants have used the Marks, as well as the name, likeness and image of Don Herbert, to sell copies of the *Watch Mr. Wizard* television show via the internet, through distributors and at retail outlets.  The Marks, as well as the name, likeness and image of Don Herbert are displayed by Defendants on the packaging, design and display on the DVDs sold to the public

(See Exhibit "2").  This constitutes false designation of origin, which is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of Defendants with Plaintiff, or as to the origin, sponsorship, or approval of goods or commercial activities offered and sold by Plaintiff and Defendants.

27.    As a direct and proximate result of Defendants' wrongful conduct, Plaintiff has suffered actual damages in an amount according to proof at trial.  In addition, Defendants have improperly profited by means of engaging in the aforementioned wrongdoing.  In addition to the other remedies prayed for herein, Plaintiff seeks an accounting of Defendants' profits in this regard.  Plaintiff seeks an award of its actual damages and an award of Defendants' profits, pursuant to 15 U.S.C. §1117(a).  Plaintiff is informed and believes and thereon alleges that Defendants' false designation of origin was intentional, within the meaning of 15 U.S.C. §1117(b).  The intentional nature of Defendants' acts makes this an exceptional case under 15 U.S.C. § 1117(a).

28.    Plaintiff has been, is now, and will continue to be irreparably harmed by Defendants' aforementioned acts of false designation of origin, and unless enjoined or otherwise restrained by the Court, Defendants will continue to engage in acts of false designation of origin.

## THIRD CLAIM FOR RELIEF
## MISAPPROPRIATION OF NAME OR LIKENESS
## (CAL. CIV. CODE §3344.1)

(Against All Defendants)

29.    Plaintiff realleges and incorporates by reference the allegations set forth in Paragraphs 1 through 28 of this Complaint, *supra*, as though fully set forth in this place.

30.    Plaintiff is the assignee and successor-in-interest of the name and likeness of Don Herbert as Mr. Wizard.  As alleged herein, Defendants used the Mr.

1   Wizard Marks and Don Herbert as Mr. Wizard's name, photographs and likeness on

2   and in products, merchandise and goods, and also to advertise and sell products

3   merchandise and goods, without Plaintiff's consent.

4      31.   On or about August 29, 2007, Plaintiff filed with the Secretary of the

5   State of California its claim as the successor-in-interest of the name and likeness of

6   Don Herbert as Mr. Wizard.

7      32.   Plaintiff was harmed by Defendants' aforementioned wrongdoing and

8   Defendants' conduct was a substantial factor in causing Plaintiff's harm.

9      33.   Plaintiff is informed and believes that Plaintiff is entitled to recover the

10   greater of $750 or the actual damages suffered as a result of Defendants'

11   wrongdoing.  Plaintiff is also entitled to recover the profits obtained by Defendants

12   as a result of their violation of California *Civil Code* §3344.1, plus an award of

13   punitive damages and attorney fees (California *Civil Code* §3344.1(a)(1)).

## FOURTH CLAIM FOR RELIEF

## UNFAIR COMPETITION

### (Against All Defendants)

17      34.   Plaintiff realleges and incorporates by reference the allegations set forth

18   in Paragraphs 1 through 22, 26 and 30-32 of this Complaint, *supra*, as though fully

19   set forth in this place.

20      35.   Plaintiff is informed and believes that Defendants, by acting as alleged

21   hereinabove, engaged in acts of unfair competition.  The governing standard for

22   common law unfair competition is the same as that under Section 43(a) of the

23   Lanham Act, 15 U.S.C. § 1125(a); the likelihood of confusion as to the source of

24   sponsorship of the marks or symbols being used without authorization.

25      36.   Plaintiff is also informed and believes that Defendants have engaged in

26   acts of unfair competition, within the meaning of California *Business & Professions*

27   *Code* §17200 and its judicial interpretations.  Unfair competition is defined to

28   include unlawful, unfair or fraudulent business practices.  Defendants engaged in

1  "unlawful" business practices, because Defendants engaged in conduct which

2  violates 15 U.S.C. §1114, 15 U.S.C. §1125(a) and California *Civil Code* §3344.

3  Defendants engaged in "unfair" business practices, because the utility of Defendants'

4  conduct is outweighed by the gravity of the harm to victims of that conduct.

5  Defendants engaged in "fraudulent" business practices, because members of the

6  public are likely to be deceived by Defendants' conduct.

7        37.    As alleged hereinabove, Plaintiff suffered injury in fact and lost money

8  and property as a result of the Defendants' wrongdoing.

9        38.    Plaintiff is informed and believes that Defendants' aforementioned acts

10  of unfair competition are ongoing and present a continuing harm to Plaintiff and

11  members of the general public.  In this regard, Plaintiff alleges that until and unless

12  enjoined and/or otherwise restrained by the Court, Defendants will continue to

13  engage in acts of unfair competition, all to the harm and detriment of Plaintiff and

14  other members of the general public.

15        39.    Pursuant to *Business & Professions Code* §17203, Plaintiff seeks

16  preliminary and permanent injunctive relief, preventing Defendants from continuing

17  to engage in acts of unfair competition.

18        40.    Plaintiff is informed and believes that Defendants have  profited by

19  means of their wrongful conduct.  This profit amounts to "ill-gotten gain." Pursuant

20  to *Business and Professions Code* §17203 and its judicial interpretations, Plaintiff

21  seeks injunctive and other relief preventing Defendants from profiting from their

22  wrongful conduct.  In this regard, in conjunction with the injunctive relief sought

23  herein, Plaintiff seeks full restitution of monies, as necessary and according to proof,

24  to restore to Plaintiff any and all monies that may have acquired by Defendants by

25  means of the wrongful conduct complained of herein.

26  //

27

28

**PRAYER**

Wherefore, Plaintiff prays for judgment against Defendants, and each of them, jointly and severally as follows:

1.    For compensatory damages, including general and special damages, in an amount according to proof at the time of trial;

2.    For punitive and exemplary damages, in an amount according to proof;

3.    That Defendants be preliminarily and permanently enjoined from continuing their trademark infringement, false designation of origin and unfair competition;

4.    That Defendants be Ordered to provide an accounting to Plaintiff and the Court detailing the source and amount of all income that may have been obtained, directly or indirectly, as a result of sales of the *Watch Mr. Wizard* television shows. Upon being provided with this accounting, Plaintiff requests that some or all of said amount be Ordered paid to Plaintiff;

5.    That Plaintiff be awarded three (3) times Defendants' profits or actual damages to Plaintiff from Defendant's use of the Marks, together with Plaintiff's reasonable attorney's fees and costs, pursuant to California *Civil Code* § 3344.1(a)(1) and 15 U.S.C. §§1117(a) and (b);

6.    For prejudgment interest, as allowed by law;

7.    For such other and further relief as the court may deem just and proper;

8.    PLAINTIFF HEREBY DEMANDS A JURY TRIAL.

Dated: April 4, 2011

**SILVER & FREEDMAN**
A Professional Law Corporation


By: _____

**LANE E. BENDER**
Attorneys for Plaintiff MR. WIZARD
STUDIOS, INC., a California corporation

## **DEMAND FOR JURY TRIAL**

Plaintiff MR. WIZARD STUDIOS, INC., a California corporation, pursuant to applicable law, including without limitation <u>Federal Rules of Civil Procedure</u> Rule 38(b), hereby demands a trial by jury in this matter for all issues so triable .

**SILVER & FREEDMAN**
A Professional Law Corporation

April 4, 2011

By: _____
**LANE E. BENDER**
Attorneys for Plaintiff MR. WIZARD
STUDIOS, INC., a California corporation

# EXHIBIT 1

## Heat Transfer Tricks



**1**

Mr.Wizard shows Rita unburnable paper money, invisible writing, dry cleaning bag hot-air balloon & more...

## Sticking To Adhesives



**2**

Rita learns just how strong a bond your everyday ingredients can hold when Mr.Wizard challenges her to break apart glued objects.

## Six Kinds of Electricity



**3**

Mr.Wizard challenges Alan to identify friction, magnetic, chemical, photo, piezo, and finally thermal electricity... a Rube Goldberg reaction !

## How Animals Move



**4**

Alan ( a two-legged animal) is compared to 4, 6, 8 and mutiple legged animals as well as timing the speed of a cockroach.

This DVD contains 4, hand-picked, unedited, black & white episodes from the Original 'Watch Mr.Wizard' television series broadcast nationally on the NBC network from 1951 to 1965. Watch Mr.Wizard became a household name for millions of Americans from the beginning of television through the inventive 60's. Don Herbert wrote, produced and starred in over 600 shows as Mr.Wizard, along with a child helper, explored the magic and mystery of science in everyday living. His visual explanations, using simple equipment, made learning science fun for all ages. These shows bring back memories for adults and help today's children better understand their everyday world. Look for upcoming volumes of this time-proven series and other Mr.Wizard shows & films !



DVD

**Vol. 1** The Best of

FOUR EPISODES

The Original Hit TV Series of the 1950's & 1960's

# WATCH MR. WIZARD

Vol. 1

The Best of "Watch Mr. Wizard"

#1 - HEAT TRANSFER
#2 - ADHESIVES
#3 - ELECTRICITY
#4 - ANIMAL MOTION

Please visit us at **www.mrwizardstudios.com** for more Science fun !
Watch Mr.Wizard and Mr.Wizard Studios are trademarks of Mr.Wizard Studios, Inc.
©2004 Mr.Wizard Studios, Inc. P.O.Box 4100 West Hills, CA. 91308
All Rights Reserved. Made in U.S.A. Running Time: 2 hrs.





8 81766 10019 3

Digitally ReMastered

WMW-001

4 Episodes

DVD









**The Best of 'Watch Mr. Wizard'**



## Heat Transfer Tricks



Mr. Wizard shows Rita unburnable paper money, invisible writing, dry cleaning bag hot-air balloon & more...

## Sticking To Adhesives



Rita learns just how strong a bond your everyday ingredients can hold when Mr. Wizard challenges her to break apart glued objects.

## Six Kinds of Electricity



Mr. Wizard challenges Alan to identify friction, magnetic, chemical, photo, piezo, and finally thermal electricity... a Rube Goldberg reaction !

## How Animals Move



Alan ( a two-legged animal) is compared to 4, 6, 8 and mutiple legged animals as well as timing the speed of a cockroach.

This DVD contains 4, hand-picked, unedited, black & white episodes from the Original 'Watch Mr. Wizard' television series broadcast nationally on the NBC network from 1951 to 1965. Watch Mr. Wizard became a household name for millions of Americans from the beginning of television through the inventive 60's. Don Herbert wrote, produced and starred in over 600 shows as Mr. Wizard; along with a child helper, explored the magic and mystery of science in everyday living. His visual explanations, using simple equipment, made learning science fun for all ages. These shows bring back memories for adults and help today's children better understand their everyday world.
**Look for upcoming volumes of this time-proven series and other Mr. Wizard shows & films !**

*Please visit us at* **www.mrwizardstudios.com** *for more Science Fun !*

Watch Mr. Wizard and Mr. Wizard Studios are trademarks of Mr. Wizard Studios, Inc.
© 2004 Mr. Wizard Studios, Inc.  P.O.Box 4100  West Hills, CA. 91308
All Rights Reserved. Made in U.S.A.  Running Time: 2 Hrs.

8 81766 10019 3



CLASSIC TV SERIES

WATCH MR. WIZARD

On March 3, 1951, a revolutionary new type of program burst onto America's TV screens. The amazing Mr. Wizard, Don Herbert, was teaching pre-teens real science in a fun and fascinating way. Whether it was observing his model volcano that really smoked and spewed lava, or the cockroaches tied with tiny thread harnesses in order to time their races, kids were learning concepts in mineralogy or locomotion and loving it. *Watch Mr. Wizard* was a huge success, broadcast on 91 stations by 1954. Critics and educators loved it too – hundreds of schools incorporated the show into their curriculum. By 1965 there were over 50,000 Mr. Wizard Science clubs formed. Don Herbert won critical acclaim and numerous awards, including a Peabody Award, for his long career teaching science to young people, which continued up until his passing in 2007.

CONCEIVED, WRITTEN BY AND STARRING
DON HERBERT

**Alpha Home Entertainment**

Winky Dink ® is a registered trademark of
Harry W. Prichett and Edwin Brit Wyckoff Partnership.
Package design © 2009 Alpha Home Entertainment
Box 10 Narberth, PA 19072
This DVD is manufactured and printed in the U.S.A.
and is formatted for worldwide distribution.
SEND FOR A FREE CATALOG.
For a complete product listing visit our website

*Alpha Video*

B&W · 1951 - 1965 · 115 MINUTES

DVD

ALP 5752D

0  89218 57529  6

BONUS!
Winky Dink and You

TV's first interactive kid's show ran from 1953-1957. Children would rescue Winky from danger by drawing a rope, a ladder, a door on the screen using the special Winky Dink kit.

BONUS!
Winky Dink and You

# EXHIBIT 2









# Watch Mr. Wizard

**O**n March 3, 1951, a revolutionary new type of program burst onto America's TV screens. The amazing Mr. Wizard, Don Herbert, was teaching pre-teens real science in a fun and fascinating way. Whether it was observing his model volcano that really smoked and spewed lava, or the cockroaches tied with tiny thread harnesses in order to time their races, kids were learning concepts in mineralogy or locomotion and loving it. *Watch Mr. Wizard* was a huge success, broadcast on 91 stations by 1954. Critics and educators loved it too — hundreds of schools incorporated the show into their curriculum. By 1965 there were over 50,000 Mr. Wizard Science clubs formed. Don Herbert won critical acclaim and numerous awards, including a Peabody Award, for his long career teaching science to young people, which continued up until his passing in 2007.

CONCEIVED, WRITTEN BY AND STARRING
## DON HERBERT

## Alpha Home Entertainment

Winky Dink ® is a registered trademark of
Harry W. Prichett and Edwin Brit Wyckoff Partnership.
Package design © 2009 Alpha Home Entertainment
Box 10 Narberth, PA 19072.
This DVD is manufactured and printed in the U.S.A.
and is formatted for worldwide distribution.
SEND FOR A FREE CATALOG.
For a complete product listing visit our website

**BONUS!**

TV's first interactive kid's show ran from 1953-1957. Children would rescue Winky from danger by drawing a rope, a ladder, a door on the screen using the special Winky Dink kit.



Winky Dink™ and You

B&W · 1951 - 1965 · 115 MINUTES

0 89218 57529 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge S. James Otero and the assigned discovery Magistrate Judge is Jay C. Gandhi.

The case number on all documents filed with the Court should read as follows:

## CV11- 3002 SJO (JCGx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

======================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| **[X]  Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | **[ ]  Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | **[ ]  Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

SILVER & FREEDMAN
A PROFESSIONAL LAW CORPORATION
LANE E. BENDER, CSB 176057
2029 Century Park East, 19th Floor
Los Angeles, California  90067-3005

Attorneys for Plaintiff
MR. WIZARD STUDIOS, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MR. WIZARD STUDIOS, INC., a California corporation,

PLAINTIFF(S)

v.

GOTHAM DISTRIBUTING CORPORATION, a Pennsylvania corporation,
doing business as ALPHA VIDEO DISTRIBUTORS, ALPHA VIDEO and
OLDIES.COM; ALPHA VIDEO AND DISTRIBUTING CO., INC.,
a Pennsylvania corporation,

DEFENDANT(S).

CASE NUMBER

**CV11-03002** SJO (JCGx)

**SUMMONS**

TO:   DEFENDANT(S):   GOTHAM DISTRIBUTING CORPORATION, a Pennsylvania corporation, doing business as ALHA VIDEO
DISTRIBUTORS, ALPHA VIDEO and OLDIES.COM

A lawsuit has been filed against you.

Within ___20___ days after service of this summons on you (not counting the day you received it), you
must serve on the plaintiff an answer to the attached [x] complaint [ ] _____ amended complaint
[ ] counterclaim [ ] cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer
or motion must be served on the plaintiff's attorney, _LANE E. BENDER_____ , whose address is
_SILVER & FREEDMAN, APLC, 2029 Century Park East, 19th Floor, Los Angeles, California 90067_____ . If you fail to do so,
judgment by default will be entered against you for the relief demanded in the complaint. You also must file
your answer or motion with the court.

Clerk, U.S. District Court

APR - 8 2011

Dated: _____          By: _____

Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed
60 days by Rule 12(a)(3)].*

SILVER & FREEDMAN
A PROFESSIONAL LAW CORPORATION
LANE E. BENDER, CSB 176057
2029 Century Park East, 19th Floor
Los Angeles, California  90067-3005

Attorneys for Plaintiff
MR. WIZARD STUDIOS, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MR. WIZARD STUDIOS, INC., a California corporation,<br><br>PLAINTIFF(S)<br><br>v.<br><br>GOTHAM DISTRIBUTING CORPORATION, a Pennsylvania corporation, doing business as ALPHA VIDEO DISTRIBUTORS, ALPHA VIDEO and OLDIES.COM; ALPHA VIDEO AND DISTRIBUTING CO., INC., a Pennsylvania corporation,<br><br>DEFENDANT(S) . | CASE NUMBER<br><br>**CV11-03002** SJO (JCtx)<br><br><br><br>**SUMMONS** |

TO:    DEFENDANT(S):  ALPHA VIDEO AND DISTRIBUTING CO., INC.,  a Pennsylvania corporation

A lawsuit has been filed against you.

Within ___2J___ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☒ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, LANE E. BENDER_____ , whose address is SILVER & FREEDMAN, APLC, 2029 Century Park East, 19th Floor, Los Angeles, California 90067_____ . If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

APR - 8 2011

Dated: _____

JULIE PRADO

SEAL

By: _____

Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐ ) | DEFENDANTS |
|---|---|
| MR. WIZARD STUDIOS, INC., a California corporation | GOTHAM DISTRIBUTING CORPORATION, a Pennsylvania corporation, doing business as ALPHA VIDEO DISTRIBUTORS, ALPHA VIDEO and OLDIES.CO ALPHA VIDEO AND DISTRIBUTING CO., INC., a Pennsylvania corporation, |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| Lane E. Bender SILVER & FREEDMAN, APLC 2029 Century Park East, 19th Floor Los Angeles, California 90067 Tel: 310/ 282-9400 | |

**II.   BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff    ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant    ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III.   CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only (Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV.   ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V.   REQUESTED IN COMPLAINT:   JURY DEMAND:** ☒ Yes   ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No   ☒ **MONEY DEMANDED IN COMPLAINT: $** TBD

**VI.   CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

Trademark Infringement (15 U.S.C. § 1114); False Designation of Origin (15 U.S.C. §1125(A); Misappropriation of Name or Likeness (Cal. Civ. Code § 3344.1); and Unfair Competition (Common Law and Cal. Bus. & Prof. Code §17200 et seq.)

**VII.   NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE/ PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☒ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | REAL PROPERTY | REAL PROPERTY | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW 405(g) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | IMMIGRATION | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety/Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 463 Habeas Corpus-Alien Detainee | | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 240 Torts to Land | ☐ 465 Other Immigration Actions | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS - Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

CV11-03002

**FOR OFFICE USE ONLY:**   Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII(a).   IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  [X] No   [ ] Yes

If yes, list case number(s):

**VIII(b).   RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?  [X] No   [ ] Yes

If yes, list case number(s):

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)   [ ]  A. Arise from the same or closely related transactions, happenings, or events; or

[ ]  B. Call for determination of the same or substantially related or similar questions of law and fact; or

[ ]  C. For other reasons would entail substantial duplication of labor if heard by different judges; or

[ ]  D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.

[ ]   Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.

[ ]   Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Pennsylvania |

(c)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.

   **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties

Note: In land condemnation cases, use the location of the tract of land involved

**X.  SIGNATURE OF ATTORNEY (OR PRO PER):**  _La Bd_      Date  _4/7/11_

LANE E. BENDER

Notice to Counsel/Parties:  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law.  This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |