# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MR. WIZARD STUDIOS, INC.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>GOTHAM DISTRIBUTING CORP., et al.,<br><br>　　　　Defendant. | CASE NO. CV11-03002 SJO (JCEx)<br><br>**ORDER RE STIPULATION FOR ENTRY OF JUDGMENT AND PERMANENT INJUNCTION** |

　　　Upon consideration of the parties' Stipulation for Entry of Judgment and Permanent Injunction,

　　　IT IS HEREBY ORDERED that Judgment be entered as follows:

　　　"IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

　　　1.　　This Court has jurisdiction over the parties and the subject matter.

　　　2.　　Pursuant to and in accordance with the agreed resolution of this matter and the agreement between the parties evidencing said resolution, Plaintiff Mr. Wizard Studios, Inc. ("Plaintiff") shall take judgment against Defendant Gotham Distributing Corporation, a Pennsylvania corporation, doing business as Alpha Video Distributors, Alpha Video and Oldies.Com and against Defendant Alpha Video And Distributing Co., Inc., a Pennsylvania corporation (collectively "Defendants") for the First, Second and Third Claims alleged in the First Amended

Complaint for Trademark Infringement (15 U.S.C. §1114), False Designation Of Origin (15 U.S.C. §1125(a)) and Unfair Competition, respectively.  Plaintiff is also awarded a permanent injunction against Defendants, and each of them, as follows:

> Defendants, including their officers, agents, servants, employees, owners, partners, joint venturers and representatives, and all other persons or entities in active concert with Defendants, are hereby forever enjoined from manufacturing, selling, offering to advertise or advertising, distributing or otherwise using in any manner the Mr. Wizard word mark and stylized logo as depicted in United States Patent and Trademark Office, Trademark Registration No. 0976834 (hereafter "Marks") or any confusingly similar or colorable imitation of the Marks."

Dated: _June 25, 2012.           _____
                                  S. JAMES OTERO
                                  UNITED STATES DISTRICT JUDGE